# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

CHRISTOPHER ALAN ANDREWS                                        PLAINTIFF
ADC #123511

V.                          NO: 2:07CV00017 JMM

MICHAEL HUCKABEE *et al.*                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __27__ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE